894

No. 89-315. ROBERTSON v. SNOW ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 89-318. BARANCIK v. COUNTY OF MARIN, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 89-332. GENERAL TEAMSTERS, WAREHOUSEMEN & HELPERS UNION, LOCAL 890 v. J. R. NORTON CO. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 89-340. LERMAN v. CITY OF PORTLAND, MAINE. C. A. 1st Cir. Certiorari denied.

No. 89-341. GRADER v. CITY OF LYNNWOOD. Ct. App. Wash. Certiorari denied.

No. 89-347. WILLIAMS v. DVOSKIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 89-348. JACK L. HARGROVE BUILDERS, INC., ET AL. v. ROSCH. Sup. Ct. Ill. Certiorari denied.

No. 89-360. LAND v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89-406. CAMPBELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89-408. JOYCE v. CASEY, GOVERNOR OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 89-420. MUSLIU v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89-421. DEMOS REALTY v. MINNEAPOLIS COMMUNITY DEVELOPMENT AGENCY. Sup. Ct. Minn. Certiorari denied.

No. 89-446. KING v. UNITED STATES. C. A. 3d Cir. Certiorari denied.